IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01256-RBJ-CBS | Date: August 25, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*   *Counsel:*

GARY E. MICKELSON,   *Pro se*

Plaintiff,

v.

J.R. PROCTOR, *et al.,*   Andrew Katarikawe

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in session: 09:10 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding *[37] Plaintiff's Motion to Amend Complaint*.

Mr. Mickelson makes oral motion to withdraw *[37] Plaintiff's Motion to Amend Complaint*.

**ORDERED:**   Oral motion **GRANTED** and *[37] Plaintiff's Motion to Amend Complaint* is **WITHDRAWN.**

Judge Jackson will set this case for a Trial Preparation Conference for **January 22, 2016 at 1:30 p.m.** and a five day jury trial to begin on **February 22, 2016 at 9:00 a.m.** (written order to issue).

The court reviews the proposed Final Pretrial Order with the parties.

9:32 a.m.   OFF THE RECORD

The Final Pretrial Order is signed and entered with interlineations.
Hearing Concluded.
**Court in recess: 09:53 a.m.**   Total time in court: 00:43

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.