IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01256-RBJ-CBS

GARY E. MICKELSON,

    Plaintiff,

v.

J.R. PROCTOR, et al

    Defendants.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. Courthouse at 103 Sheppard Drive Durango, CO 81302 to commence on **June 27, 2016 at 9:00 a.m.**

A Trial Preparation Conference is set for **June 10, 2016 at 1:30 p.m.** in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, Counsel or pro se parties who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least five business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 29th day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge