IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-01256-RBJ-CBS | Date: December 4, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                *Counsel:*

GARY E. MICKELSON,                         *Pro se*

Plaintiff,

v.

J.R. PROCTOR,                                       Andrew Katarikawe

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[49] Motion for Leave to Reopen Discovery for Limited Purpose*.  Discussion and argument regarding the motion.

**ORDERED:**   For the reasons stated on the record, *[49] Motion for Leave to Reopen Discovery for Limited Purpose* is **DENIED.**

Hearing Concluded.

**Court in recess: 11:13 a.m.**
Time in court: 00:12

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.